IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DONALD ROGER BURR, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 3-05-CV-1539-D |
| | § | |
| BILL HILL, ET AL., | § | |
| | § | |
| Defendants. | § | |

## ORDER

After conducting a review of the pleadings, files, and records in this case, and the findings and recommendation of the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the findings and recommendation of the magistrate judge are correct, and they are hereby adopted as the findings of the court.

Accordingly, plaintiff is permitted to prosecute his excessive force claim against Grand Prairie Detention Officers McDonald, Rodriguez, and Woodside, and the clerk of court is directed to issue summonses to these defendants, to be served by the marshal. All other claims are summarily dismissed pursuant to 28 U.S.C. § 1915(e)(2) by Fed. R. Civ. P. 54(b) final judgment filed today.

**SO ORDERED**.

October 18, 2005.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE